UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
SEP 1 1 2024
At_____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Twenty Three Counts) |
| v. | ) | Case No.: 3:24-cr-61 CCB SJF |
| | ) | |
| JA'SHAUN MAURICE GREEN | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNTS 1-23**

On or about the following dates, in the Northern District of Indiana,

**JA'SHAUN MAURICE GREEN,**

defendant herein, knowingly made a false statement and representation to each licensed firearms dealer listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each licensed firearms dealer listed below, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record to the effect that he currently resided at an address in Michigan City, Indiana, when he did not currently reside there.

| COUNT | DATE | LICENSED FIREARMS DEALER |
|---|---|---|
| 1 | August 15, 2023 | FFL 2 |
| 2 | August 15, 2023 | FFL 2 |
| 3 | July 31, 2023 | FFL 1 |
| 4 | August 11, 2023 | FFL 2 |
| 5 | July 24, 2023 | FFL 2 |
| 6 | July 19, 2023 | FFL 1 |
| 7 | July 19, 2023 | FFL 1 |
| 8 | July 3, 2023 | FFL 1 |
| 9 | May 13, 2023 | FFL 1 |
| 10 | April 10, 2023 | FFL 1 |
| 11 | March 4, 2023 | FFL 1 |
| 12 | February 4, 2023 | FFL 1 |
| 13 | December 20, 2022 | FFL 2 |
| 14 | December 19, 2022 | FFL 1 |
| 15 | November 6, 2022 | FFL 1 |
| 16 | August 25, 2022 | FFL 2 |
| 17 | August 9, 2022 | FFL 2 |
| 18 | August 9, 2022 | FFL 2 |
| 19 | August 4, 2022 | FFL 1 |
| 20 | August 4, 2022 | FFL 1 |
| 21 | August 1, 2022 | FFL 1 |
| 22 | July 30, 2022 | FFL 1 |
| 23 | July 28, 2022 | FFL 1 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 23 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(a)(1)(A) alleged in Counts 1 through 23 of the Indictment, the defendant, **JA'SHAUN MAURICE GREEN,** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offenses.

A TRUE BILL:

s/ Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  s/ Lydia T. Lucius
Lydia T. Lucius
Assistant United States Attorney